UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WI-LAN USA, INC. et al., : <br> : Civil Action No. 13-4895 (DMC) <br> Plaintiffs, : <br> : <br> v. : ORDER <br> : <br> LG ELECTRONICS, INC, et al., : <br> : <br> Defendants. : | |

This matter having been opened to the Court upon the parties' joint status letter dated October 25, 2013 [Docket Entry No. 128]; and the letter indicating that "[w]ith one exception, the parties agree that all discovery and scheduling in the case before this Court should be stayed" (*Id.* at 3); and the parties having identified the sole area of dispute as "whether the Court should set a briefing schedule on the re-filing of [Defendant's] SJ Motion" (*Id.*); and the Court finding that it has the inherent power to control the docket and preserve judicial economy (*Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 81 L. Ed. 153 (1936)); and the Court further finding that all proceedings and motion practice in this action be stayed pending resolution of the action pending in New York; and as such, the Court shall adjourn without date the Initial Scheduling Conference currently set for November 12, 2013; and for good cause shown,

IT IS on this 8th day of November, 2013,

ORDERED that the parties' request to stay all discovery and scheduling in this matter is GRANTED; and it is further

ORDERED that Defendants' request to re-file its summary judgment motion is DENIED; and it is further

ORDERED that this matter be administratively terminated pending the New York Court's decision on whether to compel arbitration; and it is further

ORDERED that both parties retain the right to promptly move to reopen the case upon disposition of the motion to compel arbitration; and it is further

ORDERED that the Clerk of the Court accordingly administratively terminate this action [Civil Action No. 13-4895].

    s/James B. Clark, III
**HONORABLE JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**